IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

ROBERT DEWAIN VENSON

v.

UNITED STATES OF AMERICA

Civil Case No. AW-13-cv-1683
Criminal Case No. AW-09-cr-0088

\*\*\*\*\*\*\*\*\*

## ORDER

In accordance with the Memorandum Opinion dated December 27, 2013 and for the reasons stated therein, it is this 27th day of December 2013, by the United States District Court for the District of Maryland (Southern Division), **ORDERED**:

1. That the Motion to Vacate [paper #s 129 and 133 (amended) filed by Petitioner, Robert Dewain Venson filed pursuant to 28 U.S.C.§ 2255, BE and the same Hereby IS/ARE **DENIED** ; and

2. That the Motion Requesting appointment of counsel [paper #130] BE and the same Hereby IS **DENIED;**

3. That a Certificate of Appealability BE and Hereby IS **DENIED; and**

4. That the Clerk of the Court **CLOSE** this case; AND

5. That the Clerk of the Court send copies of this Memorandum Opinion and Order to all parties of record.

/s/
Alexander Williams, Jr.
United States District Judge